## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ANTANAS VAICIUS | NO. 14 B 13412 |
| Debtors | Chapter 13 |
| | Honorable Judge Jack B. Schmetterer |
| ANTANAS VAICIUS | |
| Plaintiff | |
| v. | ADV. NO 14-00535 |
| M&T BANK | |
| Defendant | |

### PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

Following entry of default and taking all allegations of the Complaint as confessed against Defendant, M&T Bank, the following Proposed Findings of Fact and Conclusions of Law are made and will be entered:

### FINDINGS OF FACT

1. The Plaintiff, Antanas Vaicius ("Plaintiff"), is an individual residing at 8419 Flamingo Circle, Orland Park, Illinois 60462.

2. Defendant is a lender and/or servicer of mortgage.

3. On April 10, 2014, Plaintiff filed a Petition for Relief under Chapter 13 of Title 11 of the United States Code in the Northern District of Illinois as Case Number 14 B 13412.

Case 14-00535   Doc 18   Filed 12/16/14   Entered 12/17/14 09:44:12   Desc Main
Document     Page 2 of 3

14-00535:14.0:Proposed Findings of Fact and Conclusions of Law:Main Document Entered: 12/10/2014 3:41:53 PM by:Charles Magerski Page 2 of 3

4. On or about November 10, 2009, Plaintiff received a Chapter 7 discharge in Bankruptcy Case No. 09 B 27844.

5. Plaintiff is the owner of real estate (hereinafter called "the real estate") for the real estate commonly known as 8419 Flamingo Circle, Orland Park, Illinois 60462. PIN 27-14-105-019-0000

6. The fair market value at the time of filing of Bankruptcy No 14 B 13412 of the said real estate was $212,333.00.

7. A First Mortgage lien is currently held by M&T Bank in the amount of $318,624.00.

8. The Defendant holds a Junior Mortgage in the approximate amount of $34,477.16. That Junior Mortgage was recorded in the Office of the Cook County Recorder of Deeds.

9. Plaintiffs sees through his Chapter 13 Plan to determine the nature and extent of the Junior Mortgage lien of M&T Bank and void the Junior Mortgage lien.

10. The amount owed on the First Mortgage of at lease $318,624.00 exceeds the value of the underlying property, which is $213,333.00

## CONCLUSIONS OF LAW

11. This Adversary proceeding arises under §§ 502 and 506 of the United States Bankruptcy Code. This is a core proceeding under 28 U.S.C. § 157(b)(2)(k).

12. Jurisdiction over this Adversary proceeding lies under 28 U.S.C. §§ 151, 157, in that this action relates to the Bankruptcy Case 14 B 13412, <u>In re Antanas Vaicius</u>, which is presently pending.

13. Under §§ 506(a) and 506(d), M&T Bank's Junior Mortgage would be allowed as a secured claim to the extent of the value of the estate's interest in the property securing the claim, but it is void to the extent it is not a secured claim.

14. Because the Junior Mortgage lien held by M&T Bank is wholly unsecured, it should not be allowed as a secured claim and it may be stripped off. In re Mann, 249 B.R. 831, 840 (1st Cir. BAP 2000); In re Pond, 2001 U.S. App. Lexis 11287 (2nd Cir. 2001); In re McDonald, 205 F.2d 606(3rd Cir. 2000); Bartee v. Tara Colony Homeowners Assoc., 212 F.3d 277 (5th Cir. 2000); In re Lam, 211 B.R. 36 (9th Cir. BAP 1357); In re Tanner, 217 F.3d 1357 (11th Cir.).

15. Since the Debtor received a Chapter 7 discharge of the underlying Junior Lien held by Defendant M&T Bank, said Defendant does not have an unsecured claim for any balance.

16. Conditional on Debtor's Chapter 13 Plan being confirmed and completed, the Junior Lien held by Defendant M&T Bank will by this judgment be a nullity as being wholly unsecured. Said Defendant will file a release of the said lien within 28 days after Debtor's case is completed. Jurisdiction is reserved to enter supplemental order quieting title to the real estate as to the Junior Lien.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Entered this 16th day of December, 2014

DEC 16 2014